```
LAWRENCE G. BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729
```

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHI J. ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>Janet Napolitano, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CIV S-09-1303 JAM EFB<br><br>JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND ORDER |

This is an immigration case in which plaintiff seeks review of the denial of his application for adjustment of status by United States Citizenship and Immigration Services. The parties hereby stipulate to an extension of time until December, 2009 for the filing of the government's answer to the complaint. The reason for this extension request is the possibility of a resolution of the matter at the administrative level within this time frame. Accordingly, the parties stipulate that the time for the government to file its answer to the complaint be extended until December 3, 2009. As well, the parties request that the scheduling conference, currently set for August 5, 2009, be reset to sometime after the new answer date.

Dated: July 14, 2009

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

                          By:    <u>/s/Audrey Hemesath</u>
                                   Audrey B. Hemesath
                                   Assistant U.S. Attorney
                                   Attorneys for the Defendants

By:   /s/ Andy Wong
Andy Wong
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for good cause shown, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to December 4, 2009, and the Status Conference is reset to February 10, 2010 at 10:00 a.m. in Courtroom No. 25.

IT IS SO ORDERED.

DATED: July 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE