1 BENJAMIN B. WAGNER
United States Attorney
2 AUDREY B. HEMESATH
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2729

5 Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHI J. ZHANG,<br><br>    Plaintiff,<br><br>    v.<br><br>Janet Napolitano, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. CV S 2:09-1303 EFB<br><br>JOINT STIPULATION RE: SECOND EXTENSION OF TIME FOR ANSWER TO COMPLAINT AND ORDER |

   This is an immigration case in which plaintiff seeks review of the denial of his application for adjustment of status by United States Citizenship and Immigration Services. The parties have previously stipulated to an extension of time until December 4, 2009 for the filing of the government's answer to the complaint. The government now respectfully requests a second extension of time, until December 14, 2009, for the filing of its answer to the complaint. The reason for this second extension request is a delay in the transmission of the administrative record from Immigration and Customs Enforcement in New York to the Sacramento Citizenship and Immigration Services office. Opposing counsel has indicated that he does not oppose this request.

Dated: December 3, 2009

BENJAMIN B. WAGNER
United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

-1-

By:   /s/ John Khoo
John Khoo
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to December 14, 2009.

IT IS SO ORDERED.

DATED:  December 7, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE