1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SHI J. ZHANG,

11          Plaintiff,                    No. CIV S-09-1303 EFB

12      vs.

13  JANET NAPOLITANO, et al.,

14          Defendants.          ORDER
                              /
15

16      This case, in which plaintiff seeks review of a decision by the United States Citizenship

17  and Immigration Service to deny his application for adjustment of his immigration status, is

18  before the undersigned pursuant to the consent of the parties. *See* 28 U.S.C. § 636(c); Fed. R.

19  Civ. P. 73; E.D. Cal. L.R. 301.

20      On January 20, 2011, the undersigned issued an order explaining that "it appears that this

21  court lacks jurisdiction over this action in light of plaintiff's concurrent removal proceedings

22  before the immigration court." Dckt. No. 31 at 8. The order therefore directed plaintiff to show

23  cause, on or before February 3, 2011, why this action should not be dismissed for lack of

24  jurisdiction. *Id.* The order further provided that "[f]ailure of plaintiff to file a response to this

25  order to show cause will result in a dismissal of the action for lack of jurisdiction." *Id.*

26  ////

1

1     Although the deadline has now passed, the court docket reflects that plaintiff has not filed
2 a response to the order to show cause.  In light of plaintiff's failure, and for the reasons stated in
3 the January 20, 2011 order, this action will be dismissed for lack of subject matter jurisdiction.
4     Accordingly, IT IS HEREBY ORDERED that:
5     1.  This action is dismissed for lack of subject matter jurisdiction;
6     2.  The parties' cross-motions for summary judgment, Dckt. Nos. 26 and 27, are denied
7 as moot; and
8     3.  The Clerk is directed to close this case.
9 DATED:  February 10, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2